No. 04–9404.  KIRKSEY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–9408.  CRUZ-CANSECO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–9411.  SPENCER *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–9416.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–9418.  HOANG AI LE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–9419.  WASHINGTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–9421.  MUZA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9423.  MUNRO *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 04–9433.  SANCHEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–9439.  MEANS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–9445.  TEEMER *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 04–9447.  TREVINO-ZARAGOZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–9449.  OSBORNE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–9450.  NEPTUNE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–9451.  PONTILLO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 04–9459.  RICHARDSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.